SHAWN NEWSOME *v.* COMMISSIONER OF
CORRECTION
(AC 20915)

Foti, Landau and Flynn, Js.

Submitted on briefs June 13—officially released July 10, 2001

Per Curiam. The appeal is dismissed.

VINCENT DELLAVENTURA *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 21383)

Lavery, C. J., and Dranginis and O'Connell, Js.

Submitted on briefs June 13—officially released July 10, 2001

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* CYNTHIA KRAJEWSKI
(AC 20776)

Foti, Spear and Flynn, Js.

Argued June 11—officially released July 10, 2001

Per Curiam. The judgment is affirmed.